**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ONEL MONTESINOS,<br><br>        Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE CALIFORNIA, PRISON WARDEN,<br><br>        Respondent. | No. CV 11-4542-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 8/30/11

                                      DALE S. FISCHER<br>                                 UNITED STATES DISTRICT JUDGE