# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ONEL MONTESINOS, | No. CV 11-4542-DSF (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE PEOPLE OF THE STATE CALIFORNIA, PRISON WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 8/30/11

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE